## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SUBPOENA ISSUED TO COMMODITY FUTURES TRADING COMMISSION** | **Miscellaneous Action No. 04-564 (JDB)** |

### ORDER

Upon consideration of [29] E. and J. Gallo Winery's Motion to Compel and [39] Duke Energy Corp. and Reliant Energy Services, Inc.'s motion to strike, and the entire record in this case, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is this  28th  day of April, 2005, hereby

**ORDERED** that E. and J. Gallo Winery's Motion to Compel is **GRANTED** as to the WD Energy documents held by the CFTC for which WD Energy has asserted a settlement privilege; and it is further

**ORDERED** that Duke Energy Corp. and Reliant Energy Services, Inc.'s motion to strike is **DENIED** for the reasons stated in open court on March 11, 2005, and March 24, 2005.


　　　　　　　　　　　　   /s/ John D. Bates
　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　United States District Judge


Dated:    April 28, 2005

Copies to:

Gloria Peele Clement
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
(202) 418-5120
Fax: 202-418-5524
Email: gclement@cftc.gov
      *Counsel for Commodity Futures Trading Commission*

Jon Cuneo
David W. Stanley
Steven N. Berk
Cuneo Waldman & Gilbert, LLP
317 Massachusetts Avenue, N.E., Suite 300
Washington, D.C.  20002
      *Counsel for E. & J. Gallo Winery*

Diana Weiss
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, D.C.  20007
      *Counsel for Aquila Merchant Services, Inc.*

Richard Liebeskind
Pillsbury Winthrop LLP
1133 Connecticut Avenue, NW
Washington, DC 20036
(202) 775-9838
Fax: (202) 833-8491
Email: rliebeskind@pillsburywinthrop.com
      *Counsel for Dynegy Marketing and Trade*

Richard G. Murphy, Jr.
Sutherland, Asbill & Brennan, L.L.P.
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
(202) 383-0635
Fax: (202) 637-3593
      *Counsel for Calpine Energy Services, L.P.*

Geoffrey F. Aronow
Heller Ehrman White & McAuliffe LLP
1666 K Street, NW, Suite 300
Washington, DC  20006
>    *Counsel for Oneok Energy Services Company, L.P. and Oneok Inc.*

Steven Barentzen
DLA Piper Rudnick Gray Cary
1625 Massachusetts Avenue, NW, Ste. 300
Washington, D.C.  20036-2247
>    *Counsel for Williams Companies, Inc. and Williams Power Company*

Kenneth M. Raisler
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
>    *Counsel for Entergy-Koch Trading, LP*

Douglas F. John
John & Hengerer
1200 17th Street, N.W.
Washington, DC  20036-3013
>    *Counsel for WD Energy Services Inc.*

Peter Romatowski
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Washington, D.C.  20001
>    *Counsel for e prime, Inc.*

Joel B. Kleinman
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street NW
Washington, DC  20037
>    *Counsel for Duke Energy Corp.*

Mark Robeck
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, DC  20004-2400
>    *Counsel for Reliant Energy Services, Inc.*